CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
PKu
JUL 28 2009
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| GEORGE MARLIN KORNEGAY, JR., )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SOUTHWEST REGIONAL JAIL )<br>    AUTHORITY-ABINGDON, et al., )<br>    Defendants. ) | Civil Action No. 7:09-cv-00283<br><br>**ORDER**<br><br>By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED as moot** and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 28th day of July, 2009.

*/s/ Jackson L. Kiser*
Senior United States District Judge